Abrams, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED,<br><br>                    Debtor.<br><br>KENNETH KRYS,<br><br>                    Appellant,<br><br>        -v-<br><br>FARNUM PLACE, LLC,<br><br>                    Appellee. | Civil No. 13-01524 (RA)<br><br>On Appeal From:<br><br>Case No. 10-13164 (BRL)<br><br>USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 3/14/13 |

## STIPULATION AND SCHEDULING ORDER

This Stipulation and Scheduling Order (the "Stipulation and Order") in connection with the above-referenced appeal (the "Appeal") filed by Kenneth M. Krys, in his capacity as the duly appointed liquidator and foreign representative of Fairfield Sentry Limited (the "Foreign Representative"), is entered into this 12th day of March, 2013 by and between the Foreign Representative and Farnum Place, LLC ("Farnum") (collectively, the "Parties" and, individually, each a "Party"), through their respective counsel.

WHEREAS on January 22, 2012, the Foreign Representative filed a Notice of Appeal from the following orders of U.S. Bankruptcy Court for the Southern District of New York in the Chapter 15 bankruptcy case captioned In re Fairfield Sentry Limited, et al. (Case No. 10-13164), thereby commencing this Appeal: (i) the Memorandum Decision and Order Denying Relief Requested in the Foreign Representative's Application for Consideration of SIPA Claim

Assignment Transaction Contemplated by Trade Confirmation Pursuant to Sections 105(a), 363(b), 1507(a), 1520(a)(2) and 1521(a) of the Code, dated January 10, 2013 (Bankr. Ct. Docket No. 719) and (ii) the related minute order dated January 9, 2013 (Bankr. Ct. Docket No. 718) as it relates to denial of certain of the Foreign Representative's motions and requests; and

WHEREAS, an order setting forth a briefing schedule in the Appeal was entered by the Court on March 12, 2013 (Docket No. 3); and

WHEREAS, the Parties have conferred with regard to the scheduling of briefing in this Appeal and, subject to the approval of the Court, have agreed to the modified briefing schedule below.

NOW THEREFORE, the Parties do hereby STIPULATE and AGREE as follows:

1. The Foreign Representative's opening brief and any related documents shall be filed and served by April 5, 2013.

2. Farnum's answering brief and any related documents shall be filed and served by May 6, 2013.

3. The Foreign Representative's reply brief and any related documents shall be filed and served within sixteen (16) days after Farnum files and serves its answering brief and any related documents.

4. All briefs are to be served by electronic mail and regular first class mail.

5. This Stipulation and Order sets forth the entire agreement between the Parties with respect to matters addressed herein.

6. Each person who executes this Stipulation and Order represents that he or she is duly authorized to execute this Stipulation and Order on behalf of the respective Parties hereto and that each such Party has full knowledge of, and has consented to, this Stipulation and Order.

7. This Stipulation and Order may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Delivery of a counterpart by telecopier, email or other electronic means shall be effective as delivery of a manually executed counterpart, and it shall constitute sufficient proof of this Stipulation and Order to present any copy, copies, or facsimiles signed by the parties hereto to be charged.

8. This Court shall retain exclusive jurisdiction over any and all controversies, disputes, claims or other matters arising under, or otherwise relating to this Stipulation and Order.

BROWN RUDNICK LLP

By: _____
David J. Molton
May Orenstein
Daniel J. Saval
Marek P. Krzyzowski
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel for the Foreign Representative*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: _____
Robert Juman
Scott C. Shelley
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Eric D. Winston
Shane McKenzie
Matthew Scheck
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Counsel for Farnum Place, LLC*

So ordered this 14th day of March, 2013

_____
HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

3